# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | |
| **Plaintiff,**  ) | |
| **v.**  ) | |
| ) | **Civ. No. 05-72-P-C** |
| **CERTAIN REAL PROPERTY LOCATED**  ) | |
| **AT 177 LEBANON STREET, SANFORD,**  ) | |
| **YORK COUNTY, MAINE,**  ) | |
| with all appurtenances and improvements thereon;  ) | |
| ) | |
| **Defendant-in-rem.**  ) | |

## DECREE OF FORFEITURE

WHEREAS, on April 14, 2005, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of 21 U.S.C. §881(a)(7) and 18 U.S.C. § 981(a)(1);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on May 14, May 21 and May 28, 2005, notice of this action was published in the Biddeford Journal Tribune, a newspaper of general circulation;

WHEREAS, on April 26, 2005, William Bonsall aka William O'Rights was served with the Verified Complaint for Forfeiture and Notice of the Complaint;

WHEREAS, on April 26, 2005, David Yuill was served with the Verified Complaint for Forfeiture and Notice of the Complaint;

WHEREAS, on July 7, 2005, Washington Mutual Bank accepted service of the Verified Complaint for Forfeiture and Notice of the Complaint;

WHEREAS, the following persons or entities have alleged an interest in the defendant-in-rem:

(a)     Washington Mutual Bank, F.A.;

(b)     David Yuill; and

(c)     Town of Sanford with regard to outstanding property taxes;

WHEREAS, by notice on about November 22, 2005, William Bonsall aka William O'Rights withdrew his claim and answer;

WHEREAS, the United States agrees to recoginize the interest of the Town of Sanford for outstanding property taxes up to the date of a final Decree of Forfeiture;

WHEREAS, on July 21, 2006, a Stipulated Settlement Agreement between the United States and Washington Mutual Bank, F.A. was filed with the court;

WHEREAS, on July 26, 2006, a Stipulated Settlement Agreement between the United States and David Yuill was filed with the Court;

WHEREAS, it appearing from the record no other claims, contested or otherwise, have been filed against the defendant-in-rem;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem real property is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT:**

(a)     the interest of the Town of Sanford for outstanding property taxes shall be recognized up to the date of the entry of this Order;

(b)     the interest of Washington Mutual Bank, F.A. shall be recognized in accordance with the terms and conditions of the Stipulated Settlement Agreement filed with the court on about July 21, 2006; and

(c)      the interest of David Yuill shall be recognized in accordance with the terms and conditions of the Stipulated Settlement Agreement filed with the court on about July 26, 2006.

IT IS **FURTHER ORDERED** that the defendant-in-rem property shall be disposed of according to law.

**SO ORDERED,**


/s/ Gene Carter
Gene Carter,
Senior U.S. District Court